## FIRST DEPARTMENT, APRIL, 1934.

CHARLES B. BAUM, as President of the Captains, Waiters and Waitresses Union, Local No. 16, an Unincorporated Association Consisting of More Than Seven Members, Respondent, v. " BEN " J. FIELD and " JOHN DOE," as Treasurer and President, Respectively, of AMALGAMATED HOTEL AND RESTAURANT WORKERS UNION, an Unincorporated Association Consisting of More Than Seven Members, and " BEN " J. FIELD, the Names " Ben " and " John Doe " Being Fictitious, etc., Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, and the case set down for trial on April 9, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

TRI-BORO WINDOW CLEANING CO., INC., Appellant, v. PAUL KRAT, as Secretary, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements, and the case set down for trial on April 11, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERNARD B. KLEIN, Respondent, v. HOME LIFE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GERTRUDE CASEY, Respondent, for an Order Permitting Her to Inspect the Books and Records of A. E. FRIEDGEN, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM H. MERRICK, Plaintiff, v. ELIZABETH MERRICK, Respondent. GEORGE F. BARTLETT, Appellant.— Order affirmed; with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and deny the motion.

AMERICAN POWDER COMPANY (a Massachusetts Corporation), Respondent, v. THE COMMONWEALTH INSURANCE COMPANY OF NEW YORK, Appellant. (Appeal No. 1.) — Order so far as appealed from modified by granting item 3 complete, and as so modified affirmed. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AMERICAN POWDER COMPANY (a Massachusetts Corporation), Respondent, v. THE COMMONWEALTH INSURANCE COMPANY OF NEW YORK, Appellant. (Appeal No. 2.) — Order so far as appealed from modified by eliminating item 2, and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH HATTENBACH, Appellant, v. HOME LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.